**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**USA,**

        **Plaintiff,**

v.                                                                                  Case No:  6:12-mc-123-Orl-28GJK

**LEROY BERRY, KATHY KRELL, JIM KACZKOWSKI, and NEIL J. DASH,**

        **Defendants.**

## REPORT AND RECOMMENDATION

On November 9, 2012, Dontavious "Tay" Smith filed a Criminal Complaint against Defendants, Leroy Berry, Kathy Krell, Kim Kaczkowski and Dr. Neil J. Dash.  Doc. No. 1.  Mr. Smith alleges that Defendants engaged in numerous criminal violations.  Mr. Smith alleges that Defendants conspired to defraud the United States of Defendants' "honest services," using the mails and interstate wire communications, in violation of 18 U.S.C. §§ 1341, 1343 and 1346, which in turn violated 18 U.S.C. § 1349.  Doc. No. 1 at 2.  Mr. Smith alleges that Defendants aided and abetted in a conspiracy to defraud the United States in violation of 18 U.S.C. § 1035.  Doc. No. 1 at 2 ¶ 1.  Mr. Smith alleges that Defendants conspired to deprive or deprived him of rights in violation of 18 U.S.C. §§ 241, 242, 247(a)(2).  Doc. No. 1 at 3 ¶¶ 3-5.  Mr. Smith also alleges that Defendants possessed false papers in violation of 18 U.S.C. § 247(a)(2); misused the State of Florida seal to engage in a conspiracy in violation of 18 U.S.C. §§ 1002, 1017, 1028, 1035, and 1038; obtained property, money and services by deception in violation of the Theft Act of 1968; violated 18 U.S.C. § 1038 by recording and filing forged or fraudulent documents, and being grossly negligent by deception; engaged in a conspiracy to conceal a crime in violation

of 18 U.S.C. § 2071; and engaged in a conspiracy to falsify or conceal a material fact in violation of 18 U.S.C. § 1001. Doc. No. 1 at 3-4. On December 26, 2012, Mr. Smith moved to proceed in forma pauperis (hereafter "Motion"). Doc. No. 2.

Mr. Smith seeks to criminally prosecute Defendants for their alleged criminal violations, as set forth above. However, Mr. Smith lacks standing to initiate criminal proceedings because the "government, not private citizens, prosecutes crimes." *Williams v. Univ. of Ala. Hosp.*, 353 F. Appx. 397, 398 (11th Cir. 2009). Accordingly, the undersigned **RECOMMENDS** the following:

1. The Motion be **DENIED**;
2. The Criminal Complaint be Dismissed with Prejudice; and
3. The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on March 15, 2013.

*/s/ Gregory Kelly*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy